**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA  95825**
**Telephone:    (916) 974-3500**
**Facsimile:     (916) 927-2009**

**Attorneys for Defendant**
**LAJAMAAL BRUMFIELD**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> LAJAMAAL BRUMFIELD, ) <br> Defendant. ) <br> _____) <br> ) <br> ) | Case 2:10-cr-00097-JAM <br><br> **WAIVER OF PRESENCE PURSUANT TO RULE 43 OF THE FED. RULES OF CRIMINAL PROCEDURE AND ORDER** |

Pursuant to Federal Rules of Criminal Procedure, Rule 43, defendant, LAJAMAAL BRUMFIELD, herby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.

-1-

**ORDER**                                                                                                 **Case No. 2:08-CR-0329 JAM**

PDF created with pdfFactory trial version www.pdffactory.com

Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to schedule dates and consent to the exclusion of time pursuant to said Act without her personal appearance.

Dated: April 27, 2010                            /s/ *LAJAMAAL BRUMFIELD*

I certify that I have a duly signed and executed copy of this Waiver signed by Defendant LAJAMAAL BRUMFIELD, in accordance with this District's Local Rules. Assistant U.S. Attorney Jared Dolan has no objection to the personal appearance waiver. Attached as Exhibit A is a copy of said signed waiver of personal appearance.

Dated: April 28, 2010                            */s/ Donald H. Heller*
                                                 DONALD H. HELLER, ESQ.
                                                 Attorney for Defendant
                                                 LAJAMAAL BRUMFIELD

### ORDER

GOOD CAUSE APPEARING, Defendant LAJAMAAL BRUMFIELD, waiver of personal appearance is hereby accepted by the Court. IT IS SO ORDERED.

Dated:  April 28, 2010                           /s/ John A. Mendez
                                                 Hon. John A. Mendez
                                                 United States District Judge

.

PDF created with pdfFactory trial version www.pdffactory.com