**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA 95825**
**Tel: (916) 974-3500**
**Fax: (916) 927-2009**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
LAJAMAAL BRUMFIELD,

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISCTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case 2:10-cr-00097-JAM |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS AND ORDER** |
| vs. | |
| LAJAMAAL BRUMFIELD, Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that Defendant LAJAMAAL BRUMFIELD, hereby substitutes Joseph J. Wiseman, Esq., of Wiseman Law Group 1477 Drew Avenue, Suite 106, Davis, CA 95618, in place of Donald H. Heller, Esq., of Donald H. Heller, A Law Corporation.

1

**SUBSTITUTION OF ATTORNEYS**

1  I consent to the above substitution.

3  Dated: October 21, 2010                    ***Lajamaal Brumfield***_____
4                                              Lajamaal Brumfield

6                                             New Attorney:

7                                             Wiseman Law Group

8
9  Dated: October 21, 2010                    ***Joseph J. Wiseman***_____
                                               Joseph J. Wiseman, Esq.

12 I consent to the above substitution.        Former Attorney:

13                                             DONALD H. HELLER,
14                                             A Law Corporation

16 Dated: October 21, 2010                    ***Donald H. Heller***_____
                                               Donald H. Heller, Esq.

19 ORDER

20      Approved and so ordered.

22
23 Dated:   10/21/2010                         /s/ John A. Mendez_____
                                               United States District Judge

2

**SUBSTITUTION OF ATTORNEYS**

PDF created with pdfFactory trial version www.pdffactory.com