**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
  1477 Drew Avenue, Suite 106
  Davis, California 95618
  Telephone:  530.759.0700
  Facsimile:    530.759.0800

**Attorney for Defendant**
**LAJAMAAL BRUMFIELD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>LAJAMAAL BRUMFIELD,<br>                       Defendant. | Case No. CRS 10-00097 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Jared Dolan, Assistant United States Attorney, and Defendant, LAJAMAAL BRUMFIELD, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for December 7, 2010 at 9:30 a.m., be rescheduled to March 8, 2011 at 9:30 a.m.

Pursuant to this stipulation, the Proposed Presentence Report shall be disclosed to Counsel no later than January 25, 2011, Defendant's Written Objections shall be due February 8, 2011, Pre-Sentence Report shall be filed with the Court February 15, 2011, Defendant's Motion to Correct the Presentence Report shall be due on February 22, 2011, and Plaintiff's Opposition/Reply to said motion shall be due on March 1, 2011.

The parties are requesting this continuance to allow Defendant's new counsel time to become familiar with the case and because Defendant's counsel will be in trial in *United States v. Keehn,* in December.  The trial is expected to last for three weeks.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: November 1, 2010 | Respectfully submitted, |
| | JOSEPH J. WISEMAN, P.C. |
| | By:    /s/ Joseph J. Wiseman |
| | JOSEPH J. WISEMAN<br>Attorney for Defendant<br>LAJAMAAL BRUMFIELD |
| Dated: November 1, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:    /s/ Jared Dolan<br>JARED DOLAN, AUSA<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of Defendant LAJAMAAL BRUMFIELD in the above-captioned case shall be continued to March 8, 2011 at 9:30 a.m.

Dated: November 1, 2010

 /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com